## In re REPEAL OF UTAH RULES OF CIVIL PROCEDURE 78, 79, 80, AND 83.

### No. 910138.

Supreme Court of Utah.

May 1, 1991.

PER CURIAM:

Pursuant to the provisions of article VIII, section 4 of the Constitution of Utah, as amended, and rule 11–101(3)(C) of the Code of Judicial Administration, this court repeals rules 78, 79, 80, and 83 of the Utah Rules of Civil Procedure, effective this day.